IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRINK TANKS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| GROWLERWERKS, INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

### **DRINK TANKS' COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Drink Tanks Corporation ("DrinkTanks") brings this complaint for patent infringement against GrowlerWerks, Inc. ("GrowlerWerks"). GrowlerWerks makes, uses, sells, offers to sell and/or imports beverage containers that infringe a patent owned by DrinkTanks.

### **The Parties**

1. Plaintiff DrinkTanks is a corporation organized and existing under the laws of the State of Oregon and has its principal place of business at 1375 SW Commerce Avenue #160, Bend, Oregon 97702.

2. DrinkTanks's research and development in the field of beverage containers, including growlers, have led to new inventions and several patents.

3. Defendant GrowlerWerks, upon information and belief, is a corporation organized and existing under the laws of the State of Delaware and has its principal place of business at 2406 SE Taggart Street, Portland, Oregon 97202.

### **Jurisdiction and Venue**

4. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 271, *et seq.*

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has personal jurisdiction over GrowlerWerks because GrowlerWerks is a Delaware corporation and maintains continuous and systematic contacts with this judicial district.  Upon information and belief, GrowlerWerks has conducted and continues to conduct business in this judicial district, including by marketing, selling and offering to sell infringing products throughout the United States and in the District of Delaware.  These acts cause injury to DrinkTanks within this judicial district.

7. Upon information and belief, venue for this infringement action in this judicial district is proper under 28 U.S.C. §§ 1391(b), 1391(c), and/or 1400(b), at least because GrowlerWerks resides in this district and has committed acts of infringement in this district.

**The Patent-in-Suit**

8. As a result of its research and development on beverage containers, DrinkTanks has been awarded several United States patents, including the patent-in-suit.

9. On October 13, 2015, the United States Patent and Trademark Office ("PTO") duly and legally issued United States Patent No.9,156,670 ("the '670 Patent"), entitled "Systems for Storing Beverages," to Nicholas Hill and John Herrick.  DrinkTanks is the owner by assignment of the '670 Patent.  A true and accurate copy of the '670 Patent is attached as Exhibit A.

10. DrinkTanks's beverage containers incorporate the patented technology in the '670 Patent.

## Claim for Relief

### Infringement of U.S. Patent No. 9,156,670

11. DrinkTanks re-alleges and incorporates herein by reference the allegations in paragraphs 1-10 of this Complaint.

12. GrowlerWerks makes, uses, sells, offers to sell and/or imports beverage containers, including growlers that embody the technology of the '670 Patent. For example, GrowlerWerks markets and sells growlers under its "uKeg 64" and "uKeg 128" brands, among other brands (collectively "the Accused Products").

13. GrowlerWerks does not have a license to the '670 Patent or permission to use the '670 patented technology.

14. In violation of 35 U.S.C. § 271(a), GrowlerWerks has directly infringed and continues to directly infringe one or more claims of the '670 Patent by making, using, offering for sale, selling in the United States and/or importing into the United States the Accused Products.

15. Upon information and belief, GrowlerWerks will continue to infringe the '670 Patent unless enjoined by this Court.

16. As a result of GrowlerWerks's infringement of the '670 Patent, DrinkTanks has been irreparably injured, and DrinkTanks will suffer additional irreparable injury unless and until GrowlerWerks is enjoined by this Court.

17. As a result of GrowlerWerks's infringement of the '670 Patent, DrinkTanks has suffered and will continue to suffer damages, in an amount yet to be determined, including due to loss of sales, profits, and potential sales that DrinkTanks would have made but for GrowlerWerks's infringing acts.

## **Prayer for Relief**

WHEREFORE, DrinkTanks respectfully requests the following relief:

A.     A declaration that GrowlerWerks has infringed the '670 Patent under 35 U.S.C. § 271, and final judgment incorporating the same;

B.     Equitable relief under 35 U.S.C. § 283, including, but not limited to, an order enjoining GrowlerWerks and its officers, agents, servants, employees, representatives, successors, and assigns, and all others acting in concert or participation with them, from continued infringement of the '670 Patent;

C.     An accounting of all infringing sales and other infringing acts by GrowlerWerks;

D.     An award of damages sufficient to compensate DrinkTanks for GrowlerWerks's infringement of the '670 Patent, together with prejudgment and post-judgment interest and costs under 35 U.S.C. § 284;

E.     An order compelling an accounting for infringing acts not presented at trial and an award by the Court of additional damages for such acts;

F.     An order finding that this is an exceptional case under 35 U.S.C. § 285 and awarding relief, including reasonable attorneys' fees, costs, and expenses; and

G.     Such other relief as is just and proper.

## **Jury Demand**

Under Rule 38 of the Rules of Civil Procedure, DrinkTanks demands a trial by jury of all issues triable to a jury.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Jack B. Blumenfeld* |
| | Jack B. Blumenfeld (#1014) <br> Derek J. Fahnestock (#4705) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> dfahnestock@mnat.com |
| OF COUNSEL: | *Attorneys for Plaintiff* |
| Craig R. Smith <br> LANDO & ANASTASI, LLP <br> Craig R. Smith <br> One Main Street <br> Cambridge, MA 02142 <br> (617) 395-7000 | |
| November 16, 2015 | |